UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYETTA WALLACE,

               Plaintiff,

-against-

UNITED STATES CONSTITUTION,

               Defendant.

25-CV-4980 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff Kenyetta Wallace, proceeding under the names "Heiress Kenyatta T. Zepporah Reign" and "Heiress Kenyatta T. Zepporak Reign," has previously filed multiple frivolous actions in this court. On April 2, 2018, then-Chief Judge Colleen McMahon barred Plaintiff from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Zepporah Reign v. The Crown Office*, ECF 1:17-CV-9985, 7 (S.D.N.Y. Apr. 2, 2018), *appeal dismissed as frivolous*, No. 18-1319 (2d Cir. Nov. 14, 2018); *see also id.*, ECF 1:17-CV-9985, 3 (document filed by "Heiress Kenyetta T. Zepporah Reign" identifying herself as Kenyetta Wallace). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the April 2, 2018 bar order in *Zepporah Reign*, ECF 1:17-CV-9985, 7.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:  June 24, 2025
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:  June 24, 2025
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge