UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENYETTA WALLACE,<br><br>                                Plaintiff,<br><br>-against-<br><br>UNITED STATES CONSTITUTION,<br><br>                                Defendant. | 25 CIVIL 4980 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 24, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 26, 2025
             New York, New York

                                                        /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                  Chief United States District Judge